U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 0 7 2017

TONY R. MOORE, CLERK
BY: _____ NB
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MUKESH RAMPERSAD<br>REG. # 60715-018 | : | DOCKET NO. 2:16-cv-1728<br>SECTION P |
| VERSUS | : | JUDGE JAMES T. TRIMBLE, JR. |
| CALVIN JOHNSON | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus [doc. 1] be **DENIED**, that Rampersad's habeas claims be **DISMISSED WITH PREJUDICE**, and that his conditions of confinement claims be **DISMISSED WITHOUT PREJUDICE.**

THUS DONE this 7th day of November, 2017 at Alexandria, La.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE